UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BERNARD J. MATTER,

    *Plaintiff*,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, PAT GLEBE, SARA SMITH, NORM GOODENOUGH, CLIFFORD JOHNSON, ELIZABETH SUITER, LARA STRICK, BARBARA CURTIS, J. DAVID KENNEY,

    *Defendants*.

CASE NO.   13-cv-05213 BJR-KLS

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Complaint, the briefs of the parties, the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge, and the entirety of the record, does hereby find that:

(1)    Defendants have established there is no genuine issue of material fact as to whether Defendants were deliberately indifferent to Plaintiff's serious medical needs. The Court ADOPTS the Report and Recommendation;

1

(2) Accordingly, Defendants' motion for summary judgment is GRANTED as to all claims, and all claims against them are DISMISSED WITH PREJUDICE.

(3) The Clerk of the Court is respectfully directed to send copies of this Order to the parties and to Judge Strombom.

**IT IS SO ORDERED.**

DATED this 10th day of September, 2014.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE