# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BERNARD J. MATTER,<br><br>               Plaintiff,<br><br>    v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, PATE GLEBE, SARA SMITH, NORM GOODENOUGH, CLIFFORD JOHNSON, ELIZABETH SUITER, LARA STRICK, BARBARA CURTIS, J. DAVID KENNEY,<br><br>               Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 13cv-05213 BJR-KLS |

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Report and Recommendation of the Magistrate Judge shall be ADOPTED. This matter is DISMISSED WITH PREJUDICE.

Dated September 10, 2014.

                                              William M. McCool
                                            Clerk of Court

                                            s/Mary Duett
                                            Deputy Clerk